UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

KIRAN VUPPALA,

                  Plaintiff,

    - against -

PROPARK AMERICA NEW YORK, LLC, ET AL.,

                  Defendants.
───────────────────────────────────

22-cv-3324 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The time for the defendants to respond to the Complaint is extended to July 25, 2022. If the defendants do not respond to the Complaint by that date, then a default judgment may be entered against them. The conference scheduled for July 19, 2022 is **canceled**. The plaintiff should serve a copy of this Order on the defendants and note service on the docket by July 18, 2022.

**SO ORDERED.**

Dated:    New York, New York
            July 12, 2022

                                                    John G. Koeltl
                                          United States District Judge