UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIRAN VUPPALA,

                Plaintiff,

   - against -

PROPARK AMERICA NEW YORK, LLC, ET AL.,

                Defendants.

22-cv-3324 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    By Order dated July 12, 2022, the Court extended the time for the defendants to respond to the Complaint to July 25, 2022. ECF No. 21. The Court directed the plaintiff to file proof of service of the July 12 Order on the docket by July 18, 2022. The plaintiff failed to file proof of service. The plaintiff should file proof of service of this Order and the July 12 Order by August 1, 2022. The time for the defendants to respond to the Complaint is extended to August 8, 2022. If the plaintiff fails to file proof of service by August 1, then the case may be dismissed for failure to prosecute. If the defendants do not respond to the Complaint by August 8, then a default judgment may be entered against them.

SO ORDERED.

Dated:   New York, New York
           July 26, 2022

                                            John G. Koeltl
                                      United States District Judge