**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

KIRAN VUPPALA,

    Plaintiff,

vs.

PROPARK AMERICA NEW YORK, LLC, a Connecticut limited liability company, and 25-27 BEEKMAN STREET ASSOCIATES, LLC, a New York limited liability company d/b/a 25-27 BEEKMAN ST GARAGE, and B & 33RD LLC, a Nevada limited liability company, and POINT GREEN, LLC, a New York limited liability company, and 4JS BEEKMAN LLC, a New York limited liability company, and PJW BEEKMAN LLC, a New York limited liability company,

    Defendants.
_____/

CASE NO: 1:22-cv-03324-JGK

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, KIRAN VUPPALA, and Defendants, corporation, PROPARK AMERICA NEW YORK, LLC, a Connecticut limited liability company, and 25-27 BEEKMAN STREET ASSOCIATES, LLC, a New York limited liability company d/b/a 25-27 BEEKMAN ST GARAGE, and B & 33RD LLC, a Nevada limited liability company, and POINT GREEN, LLC, a New York limited liability company, and 4JS BEEKMAN LLC, a New York limited liability company, and PJW BEEKMAN LLC, a New York limited liability company, by and through their respective undersigned counsel, hereby notify this Honorable Court that settlement has been reached in principle in the above styled case among all parties, subject to the complete execution of a formal settlement agreement that specifies all applicable terms. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice once the agreement is fully executed.

Dated: This 12th day of October, 2022.

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq.
    The Weitz Law Firm, P.A.
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, FL 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com
    *Attorney for Plaintiff*

By: /S/ Adam E. Collyer
    Adam E. Collyer, Esq.
    Lewis Brisbois Bisgaard & Smith LLP
    77 Water Street, 21st Floor
    New York, NY 10005
    Telephone: (212) 232-9561
    Facsimile: (212) 232-1399
    Email: adam.collyer@lewisbrisbois.com
    *Attorneys for Propark America New York, LLC*

By: /S/ Andrew M. Roth
    Andrew M. Roth, Esq.
    Sahn Ward Braff Koblenz PLLC
    333 Earle Ovington Boulevard, Suite 601
    Uniondale, NY 11559
    Telephone: (516) 228-1300
    Facsimile: (516)-228-0038
    Email: aroth@swcblaw.com
    *Attorneys for:*
    *25-27 Beekman Street Associates, LLC*
    *B & 33rd LLC*
    *Point Green, LLC*
    *4JS Beekman LLC,*
    *and PJW Beekman LLC*